In the Matter of the Judicial Settlement of the Account of Proceedings of the UNITED STATES TRUST COMPANY OF NEW YORK, as Trustee of the Trust Created by the Last Will and Testament of EMILY A. WATSON, Deceased, for the Benefit of JOHN WATSON DWIGHT and Remaindermen. JEAN B. DWIGHT and Others, Appellants; HARVEY A. DWIGHT and Others, Respondents.* — Decree of the Surrogate's Court of Westchester county, in so far as it grants allowances to the attorneys for certain respondents, reversed on the law, with costs to the appellants, payable out of the estate, and application therefor denied, without costs. The last paragraph of section 278 of the Surrogate's Court Act does not empower the surrogate to grant allowances in a proceeding for the construction of a will for services rendered in appellate courts. It only, in a proper case, authorizes allowances for services rendered in the Surrogate's Court. When the Legislature intended that the surrogate should have such power to make allowances in a decree entered pursuant to an appellate court's direction, it used apt language to that end such as is contained in the third paragraph of section 278 in respect to a decree of that character entered in a proceeding involving a contested probate. In this latter paragraph it makes specific reference to such an allowance when the decree is entered, after an appeal, pursuant to such a direction. Correspondingly apt language is not contained in the fourth paragraph, which is the only paragraph under which the respondents may claim power in the surrogate to grant allowances herein. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur. [149 Misc. 235.]

JACKMOR REALTY CO., INC., Respondent, v. FRAT REALTY CO., INC., and Others, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

LOUIS KIRSCHNER and Another, Appellants, v. VICTOR JAMES, Respondent.— Order granting defendant's motion for a change of venue from Kings county to Sullivan county affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.